Certificate Number: 12433-PAM-DE-032717032

Bankruptcy Case Number: 11-70493



12433-PAM-DE-032717032

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 24, 2019, at 12:53 o'clock PM EDT, Matthew Robert Jacobs, Sr. completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: April 24, 2019   By: /s/Lance Brechbill

Name: Lance Brechbill

Title: Teacher